IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:21-CR-56-D

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DEMETRIUS DEVON HICKS**<br><br>**Defendant.** | **ORDER** |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 187 be sealed by the Clerk along with the sealed Order on Motion to Continue after entry by Judge.

It is FURTHER ORDERED THAT THE Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

THIS 15 day of December 2022.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE