UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Demetrius Devon Hicks** **Docket No. 5:21-CR-56-2D**

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Demetrius Devon Hicks, who, upon an earlier plea of guilty to Possession With Intent to Distribute 50 Grams or More of Methamphetamine and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 24, 2024, to the custody of the Bureau of Prisons for a term of 1 day. The court further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of five years.

Demetrius Devon Hicks was released from custody on May 24, 2024, at which time the term of supervised release commenced.

On September 19, 2024, the balance of the defendant's 12-month term of house arrest was modified to a curfew without electronic monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is motivated to be highly successful during his term of supervised release and is committed to showing the court that he is a prosocial and law-abiding individual. Therefore, it is recommended that the defendant participate in a cognitive behavioral program which will increase his likelihood of success on supervision and beyond. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: October 19, 2026

**ORDER OF THE COURT**

Considered and ordered this 26 day of October, 2026, and ordered filed and made a part of the records in the above case.

J. Dever
James C. Dever III
U.S. District Judge